# EXHIBIT B

Will be submitted for in camera review