# EXHIBIT C

Will be submitted for in camera review