# EXHIBIT D

Will be submitted for in camera review