**EXHIBIT E**

Will be submitted for in camera review