**EXHIBIT F**

Will be submitted for in camera review