# EXHIBIT G

Will be submitted for in camera review