# EXHIBIT H

Will be submitted for in camera review