# EXHIBIT I

Will be submitted for in camera review