# EXHIBIT J

Will be submitted for in camera review