# EXHIBIT K

Will be submitted for in camera review