# EXHIBIT L

Will be submitted for in camera review