# EXHIBIT M

Will be submitted for in camera review