UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKSANA HRYN an individual and citizen of the Ukraine, YELYZAVETA LATA A/K/A ELIZAVETA LATA an individual and citizen of the Ukraine, IHOR USHENKO an individual and citizen of the Ukraine, VOLODYMYR HREN an individual and citizen of the Ukraine, ASTOR ASSET MANAGEMENT LTD., a corporation incorporated in St. Kitts and Nevis, ASTOR ASSET MANAGEMENT 1 LTD., a corporation incorporated in St. Kitts and Nevis, ASTOR ASSET MANAGEMENT 2 LTD., a corporation incorporated in St. Kitts and Nevis, ASTOR ASSET MANAGEMENT 3 LTD., a corporation incorporated in St. Kitts and Nevis, ASTOR ASSET MANAGEMENT 4 LTD., a corporation incorporated in St. Kitts and Nevis, ASTOR ASSET MANAGEMENT 7 LTD., a corporation incorporated in Anguilla, AMERICA 2030 CAPITAL LIMITED, a corporation incorporated in St. Kitts and Nevis, AMERICA 2030 CAPITAL 1 LIMITED, a corporation incorporated in St. Kitts and Nevis, AMERICA 2030 CAPITAL 2 LIMITED, a corporation incorporated in St. Kitts and Nevis, AMERICA 2030 CAPITAL 3 LIMITED, a corporation incorporated in St. Kitts and Nevis, AMERICA 2030 CAPITAL 4 LIMITED, a corporation incorporated in St. Kitts and Nevis, AMERICA 2030 CAPITAL 5 LIMITED, a corporation incorporated in St. Kitts and Nevis, ASTOR CAPITAL FUND LTD., a corporation incorporated in the Bahamas, BENTLEY ROTHSCHILD CAPITAL LIMITED, a corporation incorporated in St. Kitts and Nevis, BENTLEY ROTHSCHILD CAPITAL 1 LIMITED, a corporation incorporated in St. Kitts and Nevis, BENTLEY ROTHSCHILD CAPITAL 2 LIMITED, a corporation incorporated in St. Kitts and Nevis, BENTLEY ROTHSCHILD CAPITAL 3 LIMITED, a corporation incorporated in St. Kitts and Nevis, BENTLEY ROTHSCHILD CAPITAL 4 LIMITED, a corporation incorporated in St. Kitts and Nevis, BLACKROCK CAPITAL LLC, a corporation incorporated in the Bahamas, SAL OPPENHEIM LTD., a corporation incorporated in Seychelles, BEAR STERNS COMPANIES, a corporation incorporated in Seychelles, BENTLEY BRONFMAN CAPITAL LTD., a corporation | Case No.: 1:21-CV-08437 (NRB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

incorporated in Belize, DREYFUS CORPORATION, a corporation incorporated in Belize, LINCOLN CAPITAL LTD., a corporation incorporated in Belize, NEWBURGH CAPITAL LTD., a corporation incorporated in Belize, SOVEREIGN LIQUIDITIY FUND, LTD., a corporation incorporated in Alaska, SOVEREIGN LIQUIDITY FUND, COMPANY 1 LTD., a corporation incorporated in Alaska, SOVEREIGN LIQUIDITY FUND, COMPANY 2 LTD., a corporation incorporated in Alaska, SOVEREIGN LIQUIDITY FUND, COMPANY 3 LTD., a corporation incorporated in Alaska, STATE STREET GLOBAL ADVISORS LTD., a corporation incorporated in the Bahamas, UNION PACIFIC CAPITAL LTD., a corporation incorporated in Belize, AC CAPITAL LIMITED, a corporation incorporated in Anguilla, BSC CAPITAL LTD., a corporation incorporated in Belize, CORNELIUS VANDERBILT CAPITAL MANAGEMENT LTD., a corporation incorporated in Belize, and AURELIUS CAPITAL MANAGEMENT LTD., a corporation incorporated in Belize

      Plaintiffs,

— against —

WEISER GLOBAL CAPITAL MARKETS LTD., a Bahamas private limited company, CHRISTOS LIVADAS a/k/a CHRIS LIVAS, in his official capacity and individually, a citizen of Canada and permanent resident of the Bahamas, HONG "RAINBOW" YANG, an individual and citizen of Hong Kong, CHRIS PAPAIOANNOU a/k/a CHRISTOS PAPAIOANNOU, an individual, COURTNEY FILIPENKO, an individual, RAHUL KIRPALANI, an individual, SELBY BRICE, an individual, JOSE MARMOLEJO, an individual, JAMAAL STUBBS an individual and citizen of the Bahamas, WEISER GLOBAL ASSET MANAGEMENT, a corporation incorporated in the Bahamas, WEISER ASSET MANAGEMENT, a corporation incorporated in the Bahamas, and DOES 1-20.

      Defendants.

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, OXSANA HRYN ("Ms. Hryn"), ELIZABETA LATA ("Ms. Lata"), "IHOR USHENKO ("Mr. Ushenko") and VOLODYMYR HREN ("Mr. Hren") (collectively referred to herein as "Individual Plaintiffs") and ASTOR ASSET MANAGEMENT LTD., ASTOR ASSET MANAGEMENT 1 LTD., ASTOR ASSET MANAGEMENT 2 LTD., ASTOR ASSET MANAGEMENT 3 LTD., ASTOR ASSET MANAGEMENT 4 LTD., ASTOR ASSET MANAGEMENT 7 LTD., AMERICA 2030 CAPITAL LIMITED, AMERICA 2030 CAPITAL 1 LIMITED, AMERICA 2030 CAPITAL 2 LIMITED, AMERICA 2030 CAPITAL 3 LIMITED, AMERICA 2030 CAPITAL 4 LIMITED, AMERICA 2030 CAPITAL 5 LIMITED, ASTOR CAPITAL FUND LTD., BENTLEY ROTHSCHILD CAPITAL LIMITED, BENTLEY ROTHSCHILD CAPITAL 1 LIMITED, BENTLEY ROTHSCHILD CAPITAL 2 LIMITED, BENTLEY ROTHSCHILD CAPITAL 3 LIMITED, BENTLEY ROTHSCHILD CAPITAL 4 LIMITED, BLACKROCK CAPITAL LLC, SAL OPPENHEIM LTD., BEAR STERNS COMPANIES, BENTLEY BRONFMAN CAPITAL LTD., DREYFUS CORPORATION, LINCOLN CAPITAL LTD., NEWBURGH CAPITAL LTD., SOVEREIGN LIQUIDITIY FUND, LTD., SOVEREIGN LIQUIDITY FUND, COMPANY 1 LTD., SOVEREIGN LIQUIDITY FUND, COMPANY 2 LTD., SOVEREIGN LIQUIDITY FUND, COMPANY 3 LTD., STATE STREET GLOBAL ADVISORS LTD., UNION PACIFIC CAPITAL LTD., AC CAPITAL LIMITED, BSC CAPITAL LTD., CORNELIUS VANDERBILT CAPITAL MANAGEMENT LTD., and AURELIUS CAPITAL MANAGEMENT LTD. (collectively, "Corporate Plaintiffs") (Collectively, "Plaintiffs") and/or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant(s), WEISER GLOBAL CAPITAL MARKETS LTD., CHRISTOS LIVADAS a/k/a CHRIS LIVAS, HONG "RAINBOW" YANG, CHRIS PAPAIOANNOU a/k/a CHRISTOS PAPAIOANNOU,

COURTNEY FILIPENKO, RAHUL KIRPALANI, SELBY BRICE, JOSE MARMOLEJO, JAMAAL STUBBS, WEISER GLOBAL ASSET MANAGEMENT, WEISER ASSET MANAGEMENT, and DOES 1-20.

Dated: October 17, 2021
      New York, NY

Respectfully Submitted,

**CRISCIONE RAVALA, LLP**

By: /s/ M. Salman Ravala_____
M. Salman Ravala, Esq.
250 Park Avenue, 7th Floor
New York, NY 10177
T: (212) 920-7142
F: (800) 583-1787
E: SRavala@lawcrt.com
*Attorneys for Plaintiffs*